MESTER & SCHWARTZ, P.C.
Formed in the State of PA
Jason Brett Schwartz, Esquire
1333 Race Street
Philadelphia, PA 19107
Tel: (267) 909-9036
Fax: (215) 665-1393
E-mail: jschwartz@mesterschwartz.com
Attorney for Movant

**ATTORNEY FOR MOVANT: EXETER FINANCE, LLC**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
### *CAMDEN DIVISION*

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-30831-JNP |
| | § | |
| JOSEPH J. ENNIS, JR., Debtor | § | CHAPTER 13 |
| | § | |
| | § | Hearing date: November 26, 2019@10:00 A.M. |
| | § | |
| | § | **NOTICE OF MOTION TO VACATE AUTOMATIC STAY** |
| | § | |

TO:

Brad J. Sadek
1315 Walnut Street , Ste 502
Philadelphia, PA 19107

Joseph J. Ennis, Jr.
54 Wayside Avenue
Berlin, NJ 08009

Isabel C. Balboa
Cherry Tree Corporate Center, 535 Route 38 - Suite 580
Cherry Hill, NJ 08002

U.S. TRUSTEE
One Newark Center Ste 2100
Newark, NJ 07102

PLEASE TAKE NOTICE that on **Tuesday, November 26, 2019 at 10:00 A.M.**, or as soon as the matter may be heard, the undersigned, attorneys for Secured Creditor **Exeter Finance, LLC** its assignees and/or successors in interest, will move before the Honorable Jerrold N. Poslusny Jr. of the United States Bankruptcy Court, 400 Cooper Street, Camden, NJ 08101 for the entry of an *Order Vacating the Automatic Stay* with respect to Debtor's 2008 BMW 5 Series Sedan 4D 528xi AWD, V.I.N. WBANV13598CZ53107, and allowing Exeter Finance, LLC to continue or institute a repossession action, by reason of the Debtor's failure to make regular monthly payments to Exeter Finance, LLC.

Dated : November 04, 2019

Respectfully Submitted,

Mester & Schwartz, P.C.
Attorney for Movant

*/s/ Jason Brett Schwartz, Esquire*
**Jason Brett Schwartz, Esquire**