UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. 9004-1(b)

MESTER & SCHWARTZ, P.C.
Formed in the State of PA
Jason Brett Schwartz, Esquire
1333 Race Street
Philadelphia, PA 19107
Tel: (267) 909-9036
Fax: (215) 665-1393
E-mail: jschwartz@mesterschwartz.com
Attorney for Movant

IN RE:

JOSEPH J. ENNIS, JR., Debtor

Case No.: 18-30831-JNP

Judge: Jerrold N. Poslusny Jr.

Chapter: 13

## CERTIFICATION OF CREDITOR REGARDING POST PETITION PAYMENT HISTORY ON VEHICLE LOAN

___Joe White___, employed as a Bankruptcy Specialist by Exeter Finance, LLC ("Movant"), hereby certifies the following:

Vehicle lender/lessor: Exeter Finance, LLC
Vehicle description: 2008 BMW 5 Series Sedan 4D 528xi AWD
VIN: WBANV13598CZ53107

**POST-PETITION PAYMENTS RECEIVED** (Petition filed on October 19, 2018)

| | Amount Due | Date Payment Due | Date Payment Received | Amount Received | How Payment Applied (mo/yr) | Type of Payment (see legend below) |
|---|---|---|---|---|---|---|
| 1. | $498.45 | 11/10/18 | 11/16/18 | $500.00 | Nov. 2018 - Part. Dec. 2018 | |
| 2. | $498.45 | 12/10/18 | 12/28/18 | $500.00 | Part. Dec. 2018 - Part. Jan. 2019 | |
| 3. | $498.45 | 01/10/19 | 01/25/19 | $500.00 | Part. Jan. 2019 - Part. Feb. 2019 | |
| 4. | $498.45 | 02/10/19 | 03/08/19 | $600.00 | Part. Feb. 2019 - Part. Mar. 2019 | |
| 5. | $498.45 | 03/10/19 | 04/10/19 | $498.45 | Part. Mar. 2019 - Part. Apr. 2019 | |
| 6. | $498.45 | 04/10/19 | 05/20/19 | $498.45 | Part. Apr. 2019 - Part. May 2019 | |
| 7. | $498.45 | 05/10/19 | 07/01/19 | $498.45 | Part. May 2019 - Part. June 2019 | |

| Amount Due | Date Payment Due | Date Payment Received | Amount Received | How Payment Applied (mo/yr) | Type of Payment (see legend below) |
|---|---|---|---|---|---|
| 8. $498.45 | 06/10/19 | 08/23/19 | $498.45 | Part. June 2019 - Part. July 2019 | |
| 9. $498.45 | 07/10/19 | | | | |
| 10. $498.45 | 08/10/19 | | | | |
| 11. $498.45 | 09/10/19 | | | | |
| 12. $498.45 | 10/10/19 | | | | |
| Total $5,981.40 | | | $4,093.80 | | |

**Legend:** MP = monthly payment; EXF = Extension fee; LC = Late Charge; O = Other*
*specify other payments received

Monthly payments past due at $498.45 per month from:

Partial July 10, 2019                                                   $392.25

August 10, 2019 - October 10, 2019                        $1,495.35

Plus miscellaneous amounts due:

        Late Charges:                  $0.00

        Repossession fees:         $0.00

        Extension fees:                $0.00

        Other:                                $0.00

**TOTAL POST-PETITION PAST DUE**..............................**$1,887.60**

---

Pre-petition arrears:

Partial October 2018

0.7793 month(s) x $498.45 per month = $388.45

I certify under penalty of perjury that the above is true.

Date: 10-30-2019

Signature: *JWhite* (signed)